FILED

MAR - 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR857-JLS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| JAVIER HERNANDEZ-VEGA, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about 2-23-08, within the Southern District of California, defendant JAVIER HERNANDEZ-VEGA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on July 30, 2001 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the

//

WDK:mg:San Diego
2/28/08

Eastern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 2

On or about February 24, 2008, within the Southern District of California, defendant JAVIER HERNANDEZ-VEGA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on July 30, 2001 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Eastern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 25, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney